IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ASHLEY KERR,<br><br>                Plaintiff,<br><br>vs.<br><br>U.S. BANK,<br><br>                Defendant. | CV-25-90-BLG-SPW<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

United States Magistrate Judge Timothy Cavan filed Findings and Recommendations on January 20, 2026. (Doc. 19). Judge Cavan recommended that this matter be dismissed because Plaintiff Ashley Kerr failed to file a response to Defendant's motion to dismiss. (*Id.* at 2). The Court issued an Order to Show Cause after Plaintiff missed her deadline to file a response by more than two months. (Doc. 17). Plaintiff never responded to the Court's Order.

Pursuant to 28 U.S.C. § 636(b)(1), the parties are required to file written objections within 14 days of the filing of the Magistrate's findings and recommendation. Here, no objections were filed. When neither party objects, the Court reviews for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States*

1

*v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After review, the Court does not find that Judge Cavan committed clear error.

Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations (Doc. 19) are ADOPTED in full.

IT IS FURTHER ORDERED that:

(1)   Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. 10) is GRANTED.

(2)   Plaintiff's Complaint is dismissed without prejudice. The Clerk of Court shall close this matter and enter judgment in favor of Defendant pursuant to Rule 58 of the Federal Rules of Civil Procedure.

(3)   The Clerk of Court shall mail notice of this Order to:

>   Ashley Kerr
>   4770 Sanctuary Trail
>   Billings, MT 59101

DATED this 9th day of February, 2026.

SUSAN P. WATTERS
United States District Judge