UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ASHLEY KERR,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>U.S. BANK,<br><br>　　　　　　　Defendant. | Case No. CV-25-90-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

**JUDGMENT ENTERED IN FAVOR OF THE**

**DEFENDANT AGAINST PLAINTIFF.**

Dated this 9th day of February, 2026

*Tyler P. Gilman*
TYLER P. GILMAN, CLERK

By: _____
　　　Deputy Clerk